[No. 38346-9-I.     Division One.     February 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. TERESA ELAINE FULLER, *Defendant*, STONNEY MARCUS RIVERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07113-5, J. Kathleen Learned, J., entered March 21, 1996. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster and Cox, JJ.

[No. 39325-1-I.     Division One.     February 2, 1998.]

RODRIGO L. BARRON, *Appellant*, v. SEATTLE SCHOOL DISTRICT NO. 1, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-10666-8, Harriett Cody, J., entered August 29, 1996. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker, C.J., and Kennedy, J.

[No. 39747-8-I.     Division One.     February 2, 1998.]

DOROTHY CAMER, *Appellant*, v. TCI WEST, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-03637-4, Harriett Cody, J., entered October 25, 1996. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 39774-5-I.     Division One.     February 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. FIDEL A. GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-04807-7, William L. Downing, J., entered October 28, 1996. *Dismissed* by unpublished per curiam opinion.